In the Matter of EAST MEADOW UNION FREE SCHOOL DISTRICT, Respondent, v NEW YORK STATE DIVISION OF HUMAN RIGHTS, Appellant.

Submitted March 22, 2010; decided May 6, 2010

Motion by Advocates for Children of New York, Inc., et al. for leave to file a brief amici curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

LEONARD EIDLISZ, Respondent, v NEW YORK UNIVERSITY et al., Appellants.

Submitted May 3, 2010; decided May 6, 2010

Motion by American Council on Education et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.

ALLEN S. GOLD, Respondent, v ROCKVILLE CENTRE POLICE DEPARTMENT et al., Defendants, and COUNTY OF SUFFOLK et al., Appellants.

Submitted March 29, 2010; decided May 6, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution and is not an order of the type provided for in CPLR 5602 (a) (2). CPLR 5602 (a) (2) applies only to proceedings, not to actions.